UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                        No. 3:16-cr-30005-1

KENNETH GOFF                                                                    DEFENDANT

**ORDER**

The Court has received a report and recommendation ("R&R") (Doc. 72) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends that Defendant Kenneth Goff's motion to vacate under 28 U.S.C. § 2255 (Doc. 69) be denied because it is untimely and neither statutory nor equitable tolling applies. The Magistrate Judge also recommends that an independent basis for denial is that Mr. Goff's allegations of ineffective assistance of counsel are insufficient to support a claim for relief under § 2255. Mr. Goff timely filed objections (Doc. 73) to the R&R. The Court has conducted a de novo review of the R&R in light of Mr. Goff's objections. *See* 28 U.S.C. § 636(b)(1)(C). Mr. Goff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Kenneth Goff's motion to vacate under 28 U.S.C. § 2255 (Doc. 69) is DENIED and DISMISSED WITH PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE